1  YOUNG CHO
   ATTORNEY AT LAW 189870
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4712

4  TEL: 562/868-5886
   FAX:  562/868-5491
5  E-MAIL: rohlfing_office@speakeasy.net

6  Attorney for plaintiff ROSEMARY FISHER

7

8

9                  **UNITED STATES DISTRICT COURT**

10                 **CENTRAL DISTRICT OF CALIFORNIA**

11

12 | ROSEMARY FISHER, | ) | Case No.:  CV  08-0947 RC |
   |---|---|---|
13 |  | ) | ~~(PROPOSED)~~ ORDER |
   | Plaintiff, | ) | RE STIPULATION TO DISMISS |
14 | vs. | ) |  |
   |  | ) |  |
15 | MICHAEL J. ASTRUE, | ) | NOTE CHANGES MADE BY THE COURT |
   | Commissioner Social Security, | ) |  |
16 |  | ) |  |
   | Defendant | ) |  |
17 |  | ) |  |

18

19      TO THE HONORABLE ROSALYN M. CHAPMAN, MAGISTRATE

20 JUDGE OF THE DISTRICT COURT:

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

-1-

1 IT IS HEREBY ORDERED, based on the stipulation by and between the
2 parties, through their respective counsel, that the court dismisses the above matter
3 with prejudice, under Rule 41 (a).
4
5 IT IS SO ORDERED.
6 DATE: 9/4/08
7
8 /S/ ROSALYN M. CHAPMAN
THE HONORABLE ROSALYN M. CHAPMAN
9 UNITED STATES MAGISTRATE JUDGE